IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LETRICIA ALLEN, :

    Plaintiff, :

                                          Case No. 3:13cv00352

vs. :

                                          District Judge Walter Herbert Rice

CAROLYN W. COLVIN, :    Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

_____

**DECISION AND ENTRY**

_____

    The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    Accordingly, it is hereby **ORDERED** that:

1.     The Report and Recommendations filed on November 25, 2014 (Doc. #15) is adopted in full;

2.     The Commissioner's non-disability finding is vacated;

3.     No finding is made as to whether Plaintiff Letricia Allen was under a "disability" within the meaning of the Social Security Act;

4. This matter is **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry and the Report and Recommendations; and

5. The case is **TERMINATED** on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge