# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LETRICIA ALLEN,                            :

    Plaintiff,                         :

                                                  Case No. 3:13cv00352

vs.                                        :

                                                  District Judge Walter Herbert Rice

CAROLYN W. COLVIN,                         :     Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                   :

    Defendant.                         :

# REPORT AND RECOMMENDATIONS[1]

This case is before the Court upon Plaintiff's Motion Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. §2412(d). (Doc. #17). The Commissioner has neither responded to nor opposed the Motion, and the time for filing a Memorandum in Opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks an award of attorney fees under §2412(d) in the total amount of $4,699.53. In the absence of a response or opposition by the Commissioner, the Motion, Memorandum, and supporting Exhibits establish that an award of attorney fees is warranted under §2412(d) in the amount Plaintiff's Motion seeks.

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendations.

Accordingly, the Court hereby **RECOMMENDS** that:

1. The Motion For Allowance Of Attorney Fees (Doc. #17) be GRANTED;

2. The Commissioner be directed to pay Plaintiff's attorney fees pursuant to 28 U.S.C. §2412(d) in the amount of $4,699.53; and

3. The case remain terminated on the docket of this Court.


February 24, 2015

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                      Chief United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within **FOURTEEN** days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).