# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LETRICIA ALLEN, :

    Plaintiff, :

                               Case No. 3:13cv00352

vs. :

                               District Judge Walter Herbert Rice

CAROLYN W. COLVIN, :   Chief Magistrate Judge Sharon L. Ovington

Acting Commissioner of the Social

Security Administration, :

    Defendant. :

## DECISION AND ENTRY

        The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

        Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on February 24, 2015 (Doc. #19) is adopted in full;

2.    The Motion for Allowance of Attorney Fees (Doc. #17) is GRANTED;

3.    The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 28 U.S.C. §2412(d) in the amount of $4,699.53; and

4. The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge